IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEMENTS U. AKARA,<br><br>    Defendant. | 4:14CR3129<br><br>**ORDER** |

Upon the defendant's motion, (Filing No. 14),

IT IS ORDERED that the court's prior order setting defendant's conditions of release, (Filing No. 11), is modified as follows:

1)   Paragraph 7(g) are modified as follows:

    The defendant may leave Nebraska or Potawatamie County, Iowa to attend a medical trade conference in Las Vegas, Nevada between March 30 and April 1, 2015.

2)   All other terms of the court's prior release order, including the conditions of release and the sanctions and penalties for violating those conditions, remain in effect.

February 12, 2015.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge