IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:14CR3129** |
| vs. | |
| CLEMENTS U. AKARA, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1)      The defendant's unopposed motion, (filing no. 19), is granted.

2)      Condition (g) of pretrial release order is amended to allow the defendant to travel with his wife to Long Beach, California between July 31 and August 2, 2015 to visit Defendant's mother-in-law.

July 21, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge