IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CLEMENTS U. AKARA,<br><br>      Defendant. | 4:14CR3129<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's motion for a temporary modification of his conditions of release, (filing no. 33), is granted.

2) Condition (g) is amended to allow the defendant to attend a medical trade conference in Minneapolis, Minnesota between September 29 and October 4, 2015.

3) In all other respects, the defendant shall comply with all terms and conditions of pretrial release as set forth in the court's prior order, (Filing No. 11).

September 23, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge